UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Howard Dennis Kelly

      v.                          Case No. 09-cv-260-PB

United States of America, et al

O R D E R

I herewith approve the Report and Recommendations of Magistrate Judge Muirhead dated November 10, 2009, no objection having been filed, for the reasons set forth therein.  Case dismissed.

SO ORDERED.

January 13, 2010                      */s/ Paul Barbadoro*
                                             Paul Barbadoro
                                             United States District Judge

cc:    Howard D. Kelly, pro se